**CASEY & BARNETT, LLC**
ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007
Telephone: (212) 286-0225
Facsimile: (212) 286-0261
Web: www.caseybarnett.com

NEW JERSEY OFFICE
Casey & Barnett, LLP
P.O. Box 235
Fanwood, New Jersey 07023

mfc@caseybarnett.com
**Direct: 646-362-8919**

August 25, 2025

> Application granted. The initial status conference is hereby adjourned until September 12, 2025 at 12:30 p.m.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> August 26, 2025

Honorable Ronnie Abrams
United States Disrict Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   ***Wecoya Marine Underwriting. v MSC Mediterranean Shipping Co SA***
      25 cv 5487 (RA)
      CB Ref: 260-335

Dear Honorable Judge Abrams:

We represent the plaintiff in the referenced matter. We write in respect to the initial Rule 16 conference scheduled for September 5, 2025 [D #7] and request that same be adjourned.

The undersigned will be overseas in Europe the week of September 1, 2025, including on September 5, 2025. In light of the foregoing, we respectfully request that the conference date be adjourned.

For scheduling purposes, please note that the undersigned is out of the office on September 15, 2025 and during the period October 2-13, 2025.

Respectfully submitted,
**CASEY & BARNETT, LLC**

*Martin F. Casey*
Martin F. Casey