# CASEY & BARNETT, LLC
### ATTORNEYS AT LAW
305 Broadway, Ste 1202
New York, New York 10007
*Telephone: (212) 286-0225*
*Facsimile: (212) 286-0261*
*Web: www.caseybarnett.com*

*NEW JERSEY OFFICE*
*Casey & Barnett, LLP*
P.O. Box 235
Fanwood, New Jersey 07023

*mfc@caseybarnett.com*
*Direct: 646-362-8919*

January 2, 2026

Application granted.

Honorable Ronnie Abrams
United States Disrict Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED.

Hon. Ronnie Abrams
January 5, 2026

Re:    ***Wecoya Marine Underwriting. v MSC Mediterranean Shipping Co SA***
       25 cv 5487 (RA)
       CB Ref: 260-335

Dear Honorable Judge Abrams:

We represent the plaintiff in the referenced matter. We write jointly with defense counsel to provide the Court with a status report on this matter, in accordance with the Court's directive in the Scheduling Order [Dkt # 16].

We are pleased to report that the counsel have agreed to recommend settlement of this matter to their respective parties and trust that the matter will be finalized within the next thirty days.

In light of the foregoing, counsel request that the January 9, 2026 conference be adjourned for thirty days to provide the parties an opportunity to conclude the matter without the Court's further involvement.

Respectfully submitted,
**CASEY & BARNETT, LLC**

*Martin F. Casey*
Martin F. Casey

cc:    James Marissen, Esq.  *via ECF*
       Mark Beckman, Esq.  *via ECF*